IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-444-MOC-DCK

| | |
|---|---|
| NCR CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| DOUGLASS JONES, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Susan H. Boyles, concerning Cindy D. Hanson on September 30, 2015. Ms. Cindy D. Hanson seeks to appear as counsel *pro hac vice* for Plaintiff NCR Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Ms. Cindy D. Hanson is hereby admitted *pro hac vice* to represent Plaintiff NCR Corporation.

**SO ORDERED**.

Signed: September 30, 2015

David C. Keesler
United States Magistrate Judge