IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-444-MOC-DCK

| NCR CORPORATION, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| DOUGLASS JONES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Susan H. Boyles, concerning Michael J. Breslin on September 30, 2015. Mr. Michael J. Breslin seeks to appear as counsel *pro hac vice* for Plaintiff NCR Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. Michael J. Breslin is hereby admitted *pro hac vice* to represent Plaintiff NCR Corporation.

**SO ORDERED**.

Signed: September 30, 2015

David C. Keesler
United States Magistrate Judge