IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-444-MOC-DCK

| NCR CORPORATION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| DOUGLASS JONES, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Robert A. Brinson, concerning Anna P. Prakash, on October 16, 2015. Ms. Prakash seeks to appear as counsel *pro hac vice* for Defendant Douglass Jones. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Ms. Anna P. Prakash is hereby admitted *pro hac vice* to represent Defendant Douglass Jones.

**SO ORDERED**.

Signed: October 16, 2015

David C. Keesler
United States Magistrate Judge