IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-444-MOC-DCK

| NCR CORPORATION, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| DOUGLASS JONES, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Robert A. Brinson, concerning E. Michelle Drake, on October 16, 2015. Ms. Drake seeks to appear as counsel *pro hac vice* for Defendant Douglass Jones. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED**. Ms. E. Michelle Drake is hereby admitted *pro hac vice* to represent Defendant Douglass Jones.

**SO ORDERED**.

Signed: October 16, 2015

David C. Keesler
United States Magistrate Judge