UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00444-MOC-DCK

| | | |
|---|---|---|
| **NCR CORPORATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DOUGLASS JONES,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Summary Judgment on Count II (#17) and defendant's Motion for Summary Judgment (#20), all of which are now briefed. The Clerk of Court will be instructed to calendar these motions for oral argument.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Summary Judgment on Count II (#17) and defendant's Motion for Summary Judgment (#20) be calendared for Oral Arguments, blocking out one hour for such proceeding.

Signed: November 24, 2015



Max O. Cogburn Jr
United States District Judge