# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| NCR Corporation, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00444-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Douglass Jones, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2016 Order.

Signed: January 6, 2016

*[signature]*

Frank G. Johns, Clerk
United States District Court